UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. WILD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN B. PETERSON, doing business as Certified Pest Management,<br><br>　　　　　Defendants. | No.  2:15-cv-02602-KJM-KJN<br><br><br>ORDER |

On January 11, 2016, the court set an initial scheduling conference for March 17, 2016.  ECF No. 5.  On February 2, 2016, plaintiff Alexander Wild requested an entry of defendant Dean Peterson's default, ECF No. 9, and the Clerk's Office entered a default on February 3, 2016, ECF No. 10.  No activity has occurred in the case since then.

The initial scheduling conference is VACATED.  Within fourteen days of the date this order is filed, plaintiff shall file a motion for default judgment before the assigned magistrate judge.

IT IS SO ORDERED.

DATED: March 9, 2016

_____
UNITED STATES DISTRICT JUDGE

1