UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander L. Wild,<br><br>          Plaintiff,<br><br>  v.<br><br>Dean B. Peterson,<br><br>          Defendant. | Case No.  2:15-cv-02602-KJM-KJN<br><br><br>**DEFAULT JUDGMENT** |

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED in the amount of $7,500.00 against defendant:

  Dean B. Peterson

July 15, 2016

MARIANNE MATHERLY, CLERK

By: /s/  K. Zignago, Deputy Clerk